UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARREN THOMAS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:07CV1673 JCH |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## ORDER

This matter is before the Court on plaintiff's motion for reconsideration. The Court has reviewed the motion and finds that it lacks merit. As a result, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [#14] is **DENIED**.

Dated this <u>10th</u> Day of June, 2008.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE